ACCEPTED
01-15-00167-cr
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/20/2015 1:22:10 PM
CHRISTOPHER PRINE
CLERK

## NO.:01-15-00167-CR

| | | | |
|---|---|---|---|
| **JOSHUA JACOB PATTERSON** | § | **IN THE** | |
| **VS.** | § | **FIRST COURT** | |
| **STATE OF TEXAS** | § | **OF APPEALS** | |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/20/2015 1:22:10 PM
CHRISTOPHER A. PRINE
Clerk

### MOTION TO ORDER FILING OF TRIAL EXHIBITS

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Joshua Jacob Patterson, Appellant in the above styled and numbered cause, and moves this Court to Order Elizabeth Wittu the official court reporter of the 240th District Court, Fort Bend County, Texas to file the exhibits from the trial in cause no. 11-DCR-058778 with the Fort Bend County District Clerk and in support of this motion Appellant shows:

**I.**

The reporter's record was filed with the Court on July 15, 2015.

**II.**

A copy of the reporter's record has **not** been filed with the Fort Bend County District Clerk's Office.

**III.**

**Court reporter Wittu e-mailed a copy of her record to our office on August 5, 2015, and we are reviewing the eight (8) volume record.**

**IV.**

**The exhibits from the trial in this case have not been filed with the Fort Bend County District Clerk's Office.**

**V.**

Appellant was convicted of murder by a jury, and sentenced to 50 years.

## VI.

**State's Exhibit 70 admitted into evidence (Reporter's Record page 159 volume 4) is a 2.5 hour video statement by the Appellant to law enforcement officers, and is critical to the preparation of the brief on Appellant's behalf.**

## VII.

Texas Rules of Appellate Procedure (hereinafter TRAP) Rule 13.1 Duties of the Court Reporters provides:

"... (c) file all exhibits with the trial clerk after a proceeding ends..."

## VIII.

TRAP Rule 35.3 (c) provides in part:

"... the trial court and appellate courts are jointly responsible for ensuring that the appellate record is timely filed..."

## IX.

TRAP Rule 43.6 Other Orders provides:

" the court of appeals may make any other appropriate order that the law and the nature of the case require."

## X.

Appellant's brief is due on September 14, 2015. Appellant's counsel has already sought, and been granted, one extension of time to file his brief. Appellant's counsel is diligently trying to comply with the September 14, 2015, due date.

**WHEREFORE, PREMISES CONSIDERED,** Appellant prays that this Court grant this Motion to Order the Official Court Reporter to File the Exhibits, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,


/s/ Connie B. Williams
Connie B. Williams
1314 Texas, Suite 710
Houston, Texas 77002
713-225-3700
713-225-3140-Fax

By: /s/ Connie B. Williams
Connie B. Williams
TBN 21521500
Attorney for Joshua Jacob Patterson


## CERTIFICATE OF SERVICE

This is to certify that on August 20, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Fort Bend County, Texas, by facsimile transmission to 281-238-3340.


/s/ Connie B. Williams
Connie B. Williams